Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiff David Keith Cooper*

Sean M. Callagy (State Bar No. 255230)
*sean.callagy@arnoldporter.com*
Benjamin T. Halbig (State Bar No. 321523)
*benjamin.halbig@arnoldporter.com*
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

*Counsel for Defendant Adobe Inc.*

APPROVED
Judge Beth Labson Freeman

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KEITH COOPER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ADOBE INC.<br><br>    Defendant. | CASE NO. 5:18-cv-06742-BLF<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between Plaintiff Dave Cooper and Defendant Adobe Inc. that this action is hereby voluntarily dismissed with prejudice with each party to bear their own attorneys' fees and costs, except as otherwise agreed.

Respectfully submitted,

Dated:  February 19, 2021                     **REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese (State Bar No. 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile:  (212) 253-4272
Email:  *mreese@reesellp.com*

Dated:  February 19, 2021                     **ARNOLD PORTER KAYE SCHOLER LLP**

*/s/ Sean M. Callagy*
Sean M. Callagy (State Bar No. 255230)
Benjamin T. Halbig (State Bar No. 321523)
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone:  (415) 471-3100
Facsimile:  (4150 471-3400
Email:  *sean.callagy@arnoldporter.com*

*Counsel for Defendant Adobe Inc.*

## ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: February 19, 2021                    By:  /s/ *Michael R. Reese*
                                                 Michael R. Reese

                                            *Attorney for Plaintiff*